IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEPHANIE COOK CRAFT,<br>Plaintiff,<br>v.<br>C.A. FORTUNE SALES & MARKETING LLC,<br>Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:26-cv-01090-PK<br>Magistrate Judge Paul Kohler |

This matter is before the Court on Plaintiff's Motion to Appoint Counsel.[1] Plaintiff has no constitutional right to counsel.[2] However, the Court may in its discretion, appoint counsel.[3] "The burden is upon the applicant to convince the court that there is sufficient merit to her claim to warrant the appointment of counsel."[4] When deciding whether to appoint counsel, the Court considers a variety of factors, "including 'the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present his claims, and the complexity of the legal issues raised by the claims.'"[5]

Considering the above factors, the Court concludes appointment of counsel is not warranted at this time. While the Court is sympathetic to Plaintiff's asserted cognitive status, the

[1] Docket No. 7, filed November 18, 2026.

[2] See *Carper v. Deland*, 54 F.3d 613, 616 (10th Cir. 1995); *Bee v. Utah State Prison*, 823 F.2d 397, 399 (10th Cir. 1987).

[3] 28 U.S.C. § 1915(e)(1).

[4] *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985).

[5] *Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995) (quoting *Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991)).

factual issues as she has presented them are relatively straightforward, Plaintiff has the ability to present her claims as evidenced by her Complaint, and the legal issues therein are not overly complex. Thus, the Court will deny Plaintiff's Motion to Appoint Counsel (Docket No. 7) without prejudice at this juncture.

SO ORDERED.

DATED this 19th day of November 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge